## LÓPEZ, PLAINTIFF AND APPELLANT, *v.* LÓPEZ, DEFENDANT AND RESPONDENT.

### APPEAL from the District Court of San Juan, Section 1.

No. 995.—Decided November 6, 1913.

APPEAL—DISMISSAL OF APPEAL—OMISSION OF COPY OF JUDGMENT—JURISDIC-
TION—JURISDICTIONAL DEFECT.—The omission of a copy of the judgment
from the transcript of the record is a defect which deprives this court, of
jurisdiction to entertain the appeal and is an omission which cannot be
supplied by a reference thereto in the record or in the notice of judgment
by the secretary to the prejudiced party.

    The appeal is dismissed on the grounds of the opinion delivered in Case
No. 989, *Hernández* v. *Hernández et al., ante* p. 987.

The facts are stated in the opinion.

*Mr. J. H. Brown* for appellant.

The respondent did not appear.

MR. JUSTICE ALDREY delivered the opinion of the court.

This case is very similar to the case of *Hernández Bracero*
v. *Hernández* decided *ante* p. 987 by dismissing the appeal.
In this case also there appears the decision of the lower
court sustaining a demurrer to the complaint on the ground
of insufficient facts stated therein to constitute a cause of
action and ordering the entry of a judgment dismissing the
complaint without special imposition of costs. The only dif-
ference between the two cases is that in this the secretary
did not certify that the judgment was entered and the only
indication we have that there was a judgment is the notice
given by the secretary to the plaintiff that the judgment was
entered, the notice of appeal therefrom and a reference ap-
pearing in the statement of the case forming part of the trans-
cript of the record to the effect that judgment was entered.
None of these supply the omission of the copy of the judg-
ment required by law to confer jurisdiction upon this court
to decide the appeal and, as the reasons set forth in the case

cited are applicable to the case at bar, the appeal should be dismissed on the same grounds.

*Appeal dismissed.*

Chief Justice Hernández and Justices Wolf and del Toro concurred.

Mr. Justice MacLeary took no part in this decision.

A motion for reconsideration filed by the plaintiff was overruled on December 1, 1913.